IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV – 2 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-02068-OES

STEVEN A. GALBRAITH,

     Plaintiff,

v.

CORRECTIONAL HEALTHCARE, Administrative and all responsible parties, "Jane
    Doe" and "John Doe,"
EL PASO COUNTY SHERIFF'S DEPARTMENT, and
EL PASO COUNTY SHERIFF TERRY MAKETA,

    Defendants.

---

ORDER ALLOWING PLAINTIFF TO PROCEED
WITHOUT PAYMENT OF INITIAL PARTIAL FILING FEE

---

On October 20, 2005, the court granted Plaintiff Steven A. Galbraith leave to

proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Pursuant to § 1915(b)(1),

the court ordered Mr. Galbraith either to pay an initial partial filing fee of $32.00 or to

show cause why he has no assets and no means by which to pay the designated initial

partial filing fee.  On October 31, 2005, Mr. Galbraith filed a "Motion for Proceed In

Forma Pauperis and Change Standing Order Thereof" to which he has attached a copy

of his inmate trust fund account statement showing that the available balance in his

account as of October 26, 2005, is $-10.27.  The financial affidavit previously filed by

Mr. Galbraith reveals no other assets.

Title 28 U.S.C. § 1915 requires a prisoner bringing a civil action "to pay the full

amount of a filing fee."  28 U.S.C. § 1915(b)(1).  If a prisoner is unable to afford the full

amount of the filing fee when the action is filed, the statute provides for payment of the filing fee through an initial partial filing fee and monthly installments of the balance until the full filing fee is paid. However, "[i]n no event shall a prisoner be prohibited from bringing a civil action or appealing a civil or criminal judgment for the reason that the prisoner has no assets and no means by which to pay the initial partial filing fee." 28 U.S.C. § 1915(b)(4).

Because he has demonstrated that he has no assets and no means by which to pay the initial partial filing fee, Mr. Galbraith will be allowed to proceed in this action without payment of the initial partial filing fee designated in the court's October 20 order. The court will proceed to review complaint pursuant to § 1915(e)(2)(B). However, although he may proceed without payment of an initial partial filing fee, Mr. Galbraith remains obligated to pay the full $250.00 filing fee through monthly installments as directed in the court's October 20 order and reiterated below. Accordingly, it is

ORDERED that the "Motion for Proceed In Forma Pauperis and Change Standing Order Thereof" filed on October 31, 2005, is granted. It is

FURTHER ORDERED Mr. Galbraith may proceed in this action without payment of the initial partial filing fee designated in the court's October 20, 2005, order because he has shown cause why he has no assets and no means by which to pay an initial partial filing fee. Mr. Galbraith remains obligated to pay the full amount of the required $250.00 filing fee pursuant to § 1915(b)(1). It is

FURTHER ORDERED that until the $250.00 filing fee is paid in full, Mr. Galbraith shall make monthly payments to the court of twenty (20) percent of the preceding

month's income credited to his account or show cause why he has no assets and no means by which to make each monthly payment.  Mr. Galbraith is directed to make the necessary arrangements to have the monthly payments identified by the civil action number on this order.  It is

FURTHER ORDERED that if Mr. Galbraith fails to have the appropriate payment sent to the clerk of the court each month or to show cause each month as directed above why he has no assets and no means by which to make the monthly payment, the complaint may be dismissed without prejudice and without further notice.  It is

**FURTHER ORDERED that the court may dismiss this action and may apply all or part of the filing fee payments tendered in this action to satisfy any filing fee debt the plaintiff may owe in a prior action or actions if the plaintiff fails to stay current with his payment obligations in the prior action or actions.**

DATED at Denver, Colorado, this _2_ day of _November_ , 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.  05-cv-02068-OES

Steven A. Galbraith
Prisoner No. 125529
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on ⎽11⎽2⎽05⎽

GREGORY C. LANGHAM, CLERK

By: ⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽
Deputy Clerk