IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 7 - 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-02068-OES

STEVEN A. GALBRAITH,
   Plaintiff,

v.

CORRECTIONAL HEALTHCARE, INC., Administrative and all responsible parties of
   Correctional Healthcare, Inc., at El Paso County Justice Center to include the
   medical staff members "John Doe" and "Jane Doe" that were on duty at specific
   times and dates,
EL PASO COUNTY SHERIFF'S DEPARTMENT, Deputy Sheriffs, and all other officers
   of any and all rank that were on duty at specific times and dates including but not
   limited to Deputy Eperson, Deputy Fergason, Deputy Crown, Deputy Gillespi,
   Deputy Carper, Nynemerer and Deputy Mott, and
EL PASO COUNTY SHERIFF TERRY MAKETA in his official capacity and individually,
   Defendants.

## ORDER DIRECTING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT

Plaintiff Steven A. Galbraith is a prisoner in the custody of the Colorado Department of Corrections at the Crowley County Correctional Facility at Olney Springs, Colorado. Mr. Galbraith initiated this action by filing *pro se* a Prisoner Complaint pursuant to 42 U.S.C. § 1983 alleging that Defendants violated his rights under the United States Constitution while he was incarcerated at the El Paso County Jail. On November 7, 2005, the court ordered Mr. Galbraith to file an amended complaint to clarify who the Defendants are, to allege specific facts to demonstrate how each named Defendant personally participated in the asserted constitutional violations, and to clarify how he has exhausted administrative remedies. On November 28, 2005, Mr. Galbraith filed an amended complaint.

The court must construe the amended complaint liberally because Mr. Galbraith is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be the *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Galbraith will be ordered to file a second amended complaint.

The court has reviewed the amended complaint and finds that, although Mr. Galbraith has attempted to comply with the court's prior order, the amended complaint remains deficient. First, it still is not clear who Mr. Galbraith intends to sue in this action. Mr. Galbraith is directed to list each named Defendant on a separate line in the caption of the second amended complaint and to provide the requested information for each named Defendant separately in the body of the second amended complaint. For example, it appears that Mr. Galbraith intends to sue a number of named deputy sheriffs as Defendants. If so, each deputy sheriff named as a Defendant must be listed on a separate line in the caption of the second amended complaint. It also appears that Mr. Galbraith intends to sue a number of unidentified medical providers as Defendants. If so, he should list each unidentified medical provider that he intends to sue on a separate line in the caption of the second amended complaint and he should provide as much information as he can about each unidentified medical provider in the body of the second amended complaint so that those Defendants can be identified. Mr. Galbraith is reminded that he must allege specific facts to demonstrate how each named Defendant personally participated in the asserted constitutional violations.

Finally, Mr. Galbraith must allege with specificity in the second amended complaint how he has exhausted administrative remedies for the claims he is asserting.

The fact that Mr. Galbraith does not have in his possession copies of the grievances he alleges he filed while he was incarcerated at the El Paso County Jail does not excuse him from describing those grievances with specificity, including when he filed the grievances and what issues he raised in his grievances. Accordingly, it is

ORDERED that Mr. Galbraith file **within thirty (30) days from the date of this order** a second amended complaint that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Galbraith, together with a copy of this order, two copies of the following forms: Prisoner Complaint. It is

FURTHER ORDERED that Mr. Galbraith submit sufficient copies of the second amended complaint to serve each named Defendant. It is

FURTHER ORDERED that, if Mr. Galbraith fails within the time allowed to file an original and sufficient copies of a second amended complaint that complies with this order to the court's satisfaction, the action will be dismissed without further notice.

DATED at Denver, Colorado, this 7 day of December, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02068-OES

Steven A. Galbraith
Prisoner No. 125529
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner Complaint** to the above-named individuals on _12-7-05_

GREGORY C. LANGHAM, CLERK

By: _____
　　　　　Deputy Clerk