IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02068-MSK-BNB

STEVEN A. GALBRAITH,

    Plaintiff,

v.

CORRECTIONAL HEALTHCARE, INC.,
DEPUTY NIEMEYER, and
TERRY MAKETA,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, C

JAN 30 2006

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

DATED this 30th day of January 2006.

BY THE COURT:

*Marcia A. Krieger*

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02068-MSK-BNB

Steven A. Galbraith
Prisoner No. 125529
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

US Marshal Service
Service Clerk
Service forms for: Correctional Healthcare, Inc.,
Deputy Sheriff Neimeyer, and Terry Maketa

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to US Marshal Service for process of service on Correctional Healthcare, Inc., Deputy Sheriff Neimeyer, and Terry Maketa: AMENDED COMPLAINT FILED 1/12/06, SUMMONS, AND CONSENT FORM on __1/30/06__.

GREGORY C. LANGHAM, CLERK

By: _____
              Deputy Clerk