IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-02068-MSK-BNB

STEVEN A. GALBRAITH,

Plaintiff,

v.

CORRECTIONAL HEALTHCARE, INC.,
JOHN AND JANE DOE, unknown employees of Correctional Healthcare, Inc.,
DEPUTY NIEMEYER,
RICHARD AND MARY ROE, unknown Deputy Sheriffs of El Paso County,
PETER POE, unknown Chief Administrator of the El Paso County Criminal Justice Center, and
TERRY MAKETA,

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion to Amend Caption** [Doc. #65, filed 9/15/06] (the "Motion"). The plaintiff seeks leave to amend the caption of his Amended Complaint to correct the names of several defendants. The defendants do not object to the Motion.

When the plaintiff filed his Amended Complaint on January 12, 2006, he named the following defendants: Correctional Healthcare, Inc.; Employees John and Jane Doe in their individual capacities; Deputy Nienmeyer in his individual capacity; Deputy Sheriffs John and Jane Doe in their individual capacities; John Doe in his official capacity as Chief Administrator of the El Paso County Criminal Justice Center; and Terry Maketa in his individual and official capacities as El Paso County Sheriff. In an Order issued September 11, 2006, the district judge modified the

names of the Doe defendants "to differentiate between the various classes of unknown Defendants." *Opinion and Order Denying Motions to Dismiss* [Doc. # 61, filed 9/11/06], n.1. The names of the Doe defendants were modified to John and Jane Doe, unknown employees of Correctional Healthcare, Inc.; Richard and Mary Roe, unknown Deputy Sheriffs of El Paso County; and Peter Poe, unknown Chief Administrator of the El Paso County Criminal Justice Center.

The plaintiff seeks leave to change the name of defendant Correctional Healthcare, Inc., to Correctional Healthcare Management, and to change the name of defendant Deputy Niemeyer to Deputy Knolmeyer. The plaintiff's request regarding these defendants is granted.

The plaintiff further seeks leave to change the names of the Doe defendants. To the extent the plaintiff seeks to change the description of defendants John and Jane Doe from "unknown employees of Correctional Healthcare, Inc.," to "unknown employees of Correctional Healthcare Management," the request is granted. The plaintiff's requests regarding the remaining Doe defendants are moot because the requested changes have already been made by district judge.

IT IS ORDERED that the Motion is GRANTED IN PART and DENIED AS MOOT IN PART, as specified above.

IT IS FURTHER ORDERED that the Clerk of the Court shall amend the names and descriptions of the defendants as follows:

1) Change the name of defendant Correctional Healthcare, Inc., to Correctional Healthcare Management;

2) Change the name of defendant Deputy Niemeyer to Deputy Knolmeyer; and

    3)    Change the description of defendants John and Jane Doe from "unknown employees of Correctional Healthcare, Inc.," to "unknown employees of Correctional Healthcare Management."

Dated October 4, 2006.

                                          BY THE COURT:

                                          s/ Boyd N. Boland
                                          United States Magistrate Judge