IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02068-MSK-BNB

STEVEN A. GALBRAITH,

Plaintiff,

v.

CORRECTIONAL HEALTHCARE MANAGEMENT,
JOHN AND JANE DOE, unknown employees of Correctional Healthcare, Inc.,
DEPUTY KNOLMAYER,
RICHARD AND MARY ROE, unknown Deputy Sheriffs of El Paso County,
PETER POE, unknown Chief Administrator of the El Paso County Criminal Justice Center, and
TERRY MAKETA,

Defendants.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion Requesting Hearing be Conducted Via Telephone** [docket no. 101, filed November 20, 2006] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and plaintiff may appear for the **9:30 a.m., December 5, 2006**, hearing via telephone, by calling Chambers at (303) 844-6408.

IT IS FURTHER ORDERED a copy of this Order is to be mailed to the following:

Ms. Francis Whitaker
Halfway House, C.A.E.
Community Alternatives of El Paso County
2945 East Law Vegas
Colorado Springs, CO 80906

DATED: November 20, 2006