IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-02068-MSK-BNB

STEVEN A. GALBRAITH,

Plaintiff,

v.

CORRECTIONAL HEALTHCARE MANAGEMENT,
JOHN AND JANE DOE, unknown employees of Correctional Healthcare, Inc.,
DEPUTY KNOLMAYER,
RICHARD AND MARY ROE, unknown Deputy Sheriffs of El Paso County,
PETER POE, unknown Chief Administrator of the El Paso County Criminal Justice Center, and
TERRY MAKETA,

Defendants.
_____

## ORDER
_____

This matter is before me on the plaintiff's **Motion Requesting Hearing on Production of Document Requests From the Defendants** [Doc. # 120, filed 1/26/2007] (the "Motion to Compel"). I held a hearing on the Motion to Compel this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Compel is DENIED.

Dated March 19, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge